**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ZACHARY GETKIN,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | : | Civil No. 1:25-CV-00735<br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, this 28th day of October, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 19, is **ADOPTED**.

2) The decision of the Commissioner of Social Security is **AFFIRMED**.

3) The Clerk of Court shall enter judgment in favor of the Commissioner of Social Security and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania